**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

JOSHUA D. LAMB, et al.,

Plaintiffs,

v.

CITY OF TULSA, OKLAHOMA, et al.,

Defendants.

Case No.: 4:22-cv-00055-JFH-SH

**NOTICE ATTACHING ADDITIONAL OPT-IN CONSENT FORMS**

Plaintiffs, by and through counsel, hereby file signed Consent to Sue forms on behalf of the following individuals, who have elected to opt in as party-plaintiffs in this lawsuit, pursuant to 29 U.S.C. § 216(b):

1. Jeremy Phillip Agee
2. Deon Ladell Anderson
3. Joshua Duke Atterberry
4. Phillip Clark Austin
5. Mark Anthony Avila
6. Donnie Clayton Back
7. Drew Aaron Bailey
8. Trent Jordan Baker
9. Christopher Alan Baldwin
10. Istvan A Balogh
11. James Kane Barnes
12. Travis M. Barnes
13. Jordan Lynn Barnett
14. Bryan Emmett Beall
15. Raymond Lee Beard
16. Keith Wayne Beck
17. Ryan Lee Beeler
18. Trey Zeuschlar Blankenship
19. Jordan Glen Blount
20. Bryan Chase Bohbrink
21. Alexa Chanel Booth
22. Andrew James Boyd
23. Nolan Russell Boyd
24. Jayme Dawn Brooks
25. Kyle Matthew Brooks
26. Redell Levon Brown

27. David E. Brown, Jr.

28. Stephen Patrick Bryan

29. John Marshall Buck

30. Gary Richard Bullock

31. Tiji Ezell Burch

32. Justin Michael Buthod

33. Justin Lee Caldwell

34. Paul Charles Campanell

35. Joseph Leo Carollo

36. Stephen Allen Cassity

37. Michael Adam Chandler

38. Robert Dale Chorette

39. Nathan Aaron Christie

40. Brett Delane Cockrum

41. James Brandon Connors

42. Kellen Ray Davis

43. Matthew John Dickerson

44. Derek Berton Dixon

45. Jason W Dobson

46. Marty Dale Dukes

47. Annalee Dunaway

48. Katrina Lee Duncan

49. Travis McClain Eason

50. Kyle Ray Eller

51. Justin Lee Ellington

52. Justin Mickeal Embrey

53. Joshua Leon Evans

54. Christopher Sterling Field

55. Brian Scott Fields

56. Chad Franklin Foster

57. Erick Kenneth Franzen

58. Matthew Wayne Frederickson

59. Curtis Franklin Freeman

60. James Edward Fuller

61. Lyle Curtis Fulton

62. Douglas Christopher Funston

63. Dylan Javier Garcia

64. Ryan P. Garrett

65. Joshua Gibson Gibson

66. Thomas Shane Gillespie

67. Tony Desmond Gillespie

68. Aaron Heath Goins

69. Bryan Scott Goins

70. Kent Johnson Gooch Jr.

71. Angelisa Fawn Goodrich

72. Leland David Gray

73. Stephen Albert Green
74. Tanner Duane Gregory
75. John Randall Griffin
76. Victor Marcel Grimes
77. Zachary Ben Hamby
78. Lyle Nolan Hammock
79. Scott Tyler Harper
80. Teddy Jackson Allen Harwood
81. Matthew Alexander Heath
82. Angel D. Hernandez
83. Colt Tyrel Herren
84. Bennie Jay Herring
85. Darren Keith Hickson
86. Shawn L. Holland
87. Blake Daniel Hollingsworth
88. Kevin Eugene Horner
89. Travis Martin Howard
90. Thomas Adam Hufford
91. Michael Edward Hughes
92. Timothy James Ingram
93. Steven Ray Isaacs
94. Adam Thomas Joseph
95. Jeremy Tomson Jurena
96. Stephen N. Kendrick
97. James Cody Knight
98. James Edward Kremers
99. Jacob Tanner Lamb
100. Nicholas Jedediah Lancaster
101. Jeremy Joseph-Merrill Land
102. Nolan Ray Lane
103. Jay Delain LaValley
104. Ty Daley Lewis
105. Joe Don Littlefield
106. James L. Long
107. Julie Lynn
108. Charles Edward Mangold
109. Kevin Wayne Mann
110. Chad Weston Martin
111. Darrell Chad Martin
112. James Brice Martin
113. Tyler Wade Martin
114. Vance Gordon Massey, Jr
115. Tracy Dean McAlister
116. Richard Warren McCreary
117. Xavier V. McNac
118. Devin Orval McNown

119. Nicholas Jonathan McQuay
120. David James Merrill
121. Jacob Wayne Meyer
122. Blake Rutledge Mitchell
123. Justin Levi Montgomery
124. Daniel Jason Morgan
125. John E. Morgan
126. Trenton Earl Morris
127. Jade Allynne Morrison
128. Jim Aaron Moseby
129. Dan Joseph Newbury
130. Jim Ed Nimmo
131. Houston Alexander Nole
132. Jimmy L. Ober
133. Robert Keith Page II
134. Roy Robert Parsons
135. Lyle Dee Payne
136. Jonathan Ross Pierce
137. Danny Lee Pitts
138. Michael David Pitts
139. Brien Scott Pritchard
140. Kody Austyn Rackers
141. Brandon Eugene Record
142. Robert E. Redricks
143. Jon Christopher Reeves
144. William Ryan Remmert
145. Cade Nicholas Reyerson
146. David Daniel Rice
147. Jake Benton Richison
148. Alec John Ridener
149. Nicholas Steven Ridener
150. Ryan Anthony Rider
151. James Brett Roach
152. Courtney W. Robinson
153. David Hale Rollandini
154. Joshua Ray Rollins
155. Mike C. Rudick
156. Chad David Savill
157. Johnnie Dwayne Sawyer Jr.
158. Roger W. Schafer
159. Micah Jay Seibel
160. Stephen Michael Shaw
161. Travis Adam Sheeder
162. Michael Jon Siler
163. Brett Alle Sinkbeil
164. James Kyler Skinner

165. Andrew Richard Smith
166. Bradley Todd Smith
167. Brandon Kyle Smith
168. Ryan Jeffrey Spyres
169. Travis Cody Stallings
170. James Phillip Stanfield
171. Austin Middle Stevens
172. Jacob Cole Stewart
173. Robert Todd Stewart
174. Gary Joseph Stika
175. Scotty Ray Stokes
176. Michael Paul Stout
177. Thomas Lee Sunny
178. Gerry Wayne Tarver
179. Gerry De'Juan Tarver
180. Matthew James Tavaglione
181. Jenifer Ann Teeter
182. David Matthew Thomas
183. Shelby Lynn Thompson
184. Timothy Ryan Thompson
185. Ken Brodie Thornburg
186. Heath William Tye
187. Chase Patrick Tyler
188. Cory Shay Vanarsdel
189. Colby James Vanbuskirk
190. Colt Tyler Vandolah
191. Ryan Daniel Walker
192. Kofi Jamal Wallace
193. Colin Montgomery Ward
194. Justin Allen Weber
195. Matthew Douglas Weeks
196. Christopher Shawn Weisberg
197. Justin Scott Whinery
198. Jacob Keith Wilson
199. James M Wilson
200. Mark Douglas Wright
201. James Dale Yoder
202. Dillon Glenn Patrick Youngblood
203. Joshua Delbert Zweifel

The signed "Consent to Sue / Request to Become Party-Plaintiff" forms for the above-named opt-in plaintiffs are attached hereto as Exhibit A.

DATE: February 23, 2022

Respectfully submitted,

/s/ Sara L. Faulman
Sara L. Faulman (Admitted Pro Hac Vice)
John W. Stewart (Admitted Pro Hac Vice)
McGillivary Steele Elkin LLP
1101 Vermont Ave., NW
Suite 1000
Washington, D.C. 20005
(202) 833-8855
slf@mselaborlaw.com
jws@mselaborlaw.com

James P. Hunt, OBA 15559
601 S. Boulder, Ste. 600
Tulsa, Oklahoma 73119
Phone: (918) 497-9159
Fax: (918) 497-9159
Email: jamephunt@earthlink.net
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February 2022, I transmitted the foregoing Notice and accompanying documents, to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Sara L. Faulman
Sara L. Faulman