## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA D. LAMB, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:22-cv-00055-TCK-SH |
| | ) |
| CITY OF TULSA, OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court comes the Parties' Joint Status Report and Joint Motion to Stay Proceedings (Doc. Nos. 43,44). The Parties request a stay of fourteen (14) days while they continue to explore the possibility of reaching a settlement agreement. On consideration of the Court, and for good cause shown, the Joint Motion is **GRANTED**.

The case and all further deadlines are stayed for a period of fourteen (14) days.

It is **FURTHER ORDERED** that the Parties must file a Joint Status Report with the Court **on or before the 22nd day of March, 2023**, regarding the status of their settlement negotiations

**IT IS SO ORDERED** this 7th day of March, 2023.

**TERENCE C. KERN**
**UNITED STATES DISTRICT JUDGE**