## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA D. LAMB, et al.,  )  <br>  )  <br>    Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> CITY OF TULSA, OKLAHOMA, et al.,  )  <br>  )  <br>    Defendants.  ) | Case No.: 4:22-cv-00055-TCK-SH |

### **JOINT MOTION TO ENTER STIPULATED JUDGMENT UPON AGREED SETTLEMENT**

Plaintiffs and Defendants (collectively, the "Parties"), respectfully request this Court enter the proposed Stipulated Judgment Upon Agreed Settlement submitted separately by the Parties.

The Parties have reached a settlement of this lawsuit. In order for Defendant City of Tulsa to be able to pay settlement proceeds from the City of Tulsa's pooled cash and investment portfolio and comply with Okla. Stat. tit. 62 § 362, the City must first have a judgment signed by the Parties and approved by the Court.

The Parties have agreed on the language of a proposed Stipulated Judgment Upon Agreed Settlement which has been separately submitted for this Court's review. Further, as the Court held in *Lawson v. Procares CRS, Inc.* Case No. 18-Cv-00248-TCK-JFJ, the Court need not approve the Parties settlement of the claims under the Fair Labor Standards Act. However, should the Court request, that Parties shall file a Motion to Approve Settlement.

WHEREFORE, the Parties respectfully request this Court approve and enter the proposed Stipulated Judgment Upon Agreed Settlement separately submitted.

Respectfully submitted,

   */s/ Philip R. Bruce*
Philip R. Bruce, OBA #20504
McAfee & Taft A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
philip.bruce@mcafeetaft.com

-and-

R. Lawson Vaughn, OBA #21557
Senior Assistant City Attorney
Kristina L. Gray, OBA #21685
Litigation Division Manager
175 E. Second Street, Suite 685
Tulsa, Oklahoma 74103
Telephone: (918) 596-7717
Facsimile: (918) 596-9700
**ATTORNEYS FOR DEFENDANTS**

*s/Sara L. Faulman*
Sara L. Faulman *(admitted pro hac vice)*
John W. Stewart *(admitted pro hac vice)*
McGillivary Steele Elkin LLP
1101 Vermont Avenue, N.W., Ste. 1000
Washington, DC 20005
Telephone: (202) 833-8855
slf@mselaborlaw.com
jws@mselaborlaw.com

-and-

James P. Hunt, OBA #15559
601 S. Boulder, Ste. 600
Tulsa, Oklahoma 73119
Telephone: (918) 497-9159
jamesphunt@earthlink.net
**ATTORNEYS FOR PLAINTIFFS**